IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| TRUMP, INC. d/b/a ONYX HOUSTON, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| THE CITY OF HOUSTON, THE CITY OF HOUSTON POLICE DEPARTMENT, THE CITY OF HOUSTON FIRE DEPARTMENT, UNNAMED POLICE OFFICERS AND FIRE DEPARTMENT OFFICERS, in their individual and official capacities, | § § § § § § § § § | CIVIL ACTION NO. _____ |
| *Defendants.* | | |

## TEMPORARY RESTRAINING ORDER

On this day, the Petition of Trump, Inc. d/b/a Onyx Houston, requesting a Temporary Restraining Order was presented to the Court. The Court, having examined the petition requesting injunctive relief and considered the evidence, finds it has jurisdiction over all parties and persons affected by this order. This Court finds sufficient evidence that establishes the elements necessary for issuance of a temporary restraining order and the Plaintiff's probable right to the recovery requested and that immediate and irreparable injury, loss, or damage will result to Trump, Inc. d/b/a Onyx Houston unless Defendants are immediately ordered to do or refrain from specified acts.

IT IS THEREFORE ORDERED that Defendants are enjoined as follows:

a. Defendants are prohibited from arresting any employee or representative of Onyx Houston for conducting Operations;

b. Defendants are prohibited from maintaining a physical presence at the Onyx Houston or within 400 meters of the Onyx premises for longer than thirty minutes unless investigating criminal activity with probable cause;

-2-

    c. Defendants are prohibited from closing or attempting to close Onyx under color of Governor Greg Abbott's Executive Order GA 18;

    d. Defendants shall produce all documents and communications relating to investigations of Onyx Houston from the time period of April 27, 2020 through May 15, 2020, and shall produce them five days before the hearing on Plaintiff's temporary injunction; and

    e. Defendants shall produce a privilege log and articulate the legal basis for any privilege they assert for all documents withheld from subsection d. above, and shall produce it five days before the hearing on Plaintiff's temporary injunction.

IT IS FURTHER ORDERED that Defendants and their agents, servants, employees, attorneys, and all persons and entities acting, by, through, under or in concert with them, from the date of this Order until the date of the hearing set below, not to exceed fourteen (14) days after the entry of this Order unless further ordered by this Court, be and are hereby enjoined and commanded to cease, desist, and refrain from engaging in the activities described above.

IT IS FURTHER ORDERED that this temporary ex parte restraining order is effective immediately and shall continue in force and effect until further order of this Court or until it expires by operation of law. The clerk of this Court shall issue a writ of injunction and show cause notice, attaching a copy of this order and a copy of Plaintiff's Original Petition and Application for Temporary and Permanent Injunctive Relief, to Defendants, commanding them to appear before this Court on _____, 2020, at _____ o'clock, _____.m., in the courtroom of the ____ Judicial District Court in Harris County, Texas, to show cause, if any, why the temporary injunction requested in the Petition should not be granted.

-3-

IT IS FURTHER ORDERED that before the clerk issues this temporary restraining order, Plaintiff shall execute and file with the clerk of the Court a bond or deposit of cash or check in conformity with the law in the amount of $ _____.

### WARNING

**A person who violates this order may be punished for contempt of court by a fine of as much as $500 or by confinement in jail for as long as six months, or both. No person, including a person who is protected by this order, may give permission to anyone to ignore or violate any provision of this order. During the time in which this order is valid, every provision of this order is in full force and effect unless a court changes the order. It is unlawful for any person who is subject to a protective order to possess a firearm or ammunition.**

SIGNED on _____, _____, at _____ o'clock, _____.m.

_____
JUDGE PRESIDING