**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON**

| | | |
|---|---|---|
| TRUMPS, INC. d/b/a ONYX HOUSTON, | § § § § | |
| *Plaintiff,* | | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-01555 |
| THE CITY OF HOUSTON, *et al.*, | § § § § | |
| *Defendants.* | | |

### NOTICE OF ADDITIONAL RESTAURANTS FEATURING ENTERTAINMENT

Trumps, Inc. d/b/a Onyx Houston ("Onyx Houston") files this notice to indicate the following businesses featuring entertainment not enumerated as a Reopened Service, currently operating with or featuring advertisements of such entertainment, and located within the jurisdictional limits of the City of Houston.

- Harold's Restaurant Bar & Rooftop Terrace
    - 350 W. 19th St., Suite C, Houston, Texas 77008
- Grooves of Houston
    - 2300 Pierce, Houston, Texas 77003
- The Secret Group
    - 2101 Polk St., Houston, Texas 77003

Respectfully submitted,

*/s/ Casey T. Wallace*
Casey T. Wallace
State Bar No. 00795827
Federal I.D. No. 20117
Wallace & Allen, LLP
440 Louisiana, Suite 1500
Houston, Texas 77002
Telephone: (713) 224-1744
Facsimile: (713) 227-0104
cwallace@wallaceallen.com
**LEAD COUNSEL FOR PLAINTIFFS**

**OF COUNSEL FOR PLAINTIFFS:**
Benjamin W. Allen
State Bar No. 24069288
Federal I.D. No. 1058996
William X. King
State Bar No. 24072496
Federal I.D. No. 1674134
Wallace & Allen, LLP
440 Louisiana, Suite 1500
Houston, Texas 77002
Telephone: (713) 224-1744
Facsimile: (713) 227-0104
ballen@wallaceallen.com
wking@wallaceallen.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure via email and/or filing through the Court's ECF System on May 8, 2020.

Damon Crenshaw
Senior Assistant City Attorney
City of Houston Legal Department
900 Bagby, Third Floor
Houston, Texas 77002
Damon.Crenshaw@houstontx.gov
**ATTORNEY FOR CITY DEFENDANTS**

                                              */s/ Casey T. Wallace*
                                              Casey T. Wallace