United States District Court
Southern District of Texas
**ENTERED**
June 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRUMP, INC.; dba ONYX HOUSTON, § § § Plaintiffs, § VS. § THE CITY OF HOUSTON, *et al*, § § § Defendants. § | CIVIL ACTION NO. 4:20-CV-1555 |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal, this action is DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**SIGNED** on this 12th day of June, 2020, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**